# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GORDON,<br><br>                              Petitioner,<br><br>   vs.<br><br>WARDEN STAINER, et al.<br><br>                              Respondent. | CASE NO. 11cv2770 DMS (NLS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On November 28, 2011, Petitioner Jose Luis Gordon ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 13, 2012, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that the Court deny the petition.  Petitioner filed objections to the R&R on June 7, 2012.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus.  The Court finds no basis for a certificate of appealability.  The Clerk of Court shall enter judgment accordingly, and terminate this case.

   **IT IS SO ORDERED**.

DATED:  November 27, 2012

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                          11cv2770