# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GORDON,<br><br>                            Petitioner,<br>  vs.<br><br>WARDEN STAINER, et al.<br><br>                            Respondent. | CASE NO. 11cv2770 DMS (NLS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

      On November 28, 2011, Petitioner Jose Luis Gordon ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 13, 2012, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R on June 7, 2012.

      This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

      **IT IS SO ORDERED**.

DATED: November 27, 2012

                                                    HON. DANA M. SABRAW<br>                                                    United States District Judge